**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**JANICE SPINNER,**

**Plaintiff,**

**v.** **Civil Action No. 1:25-cv-03007-APM**

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, *et al.***

**Defendants.**

**DEFENDANT, STRAFFIC AMERICA, LLC'S, MOTION TO COMPEL FULL AND COMPLETE DISCOVERY RESPONSES FROM PLAINITFF**

Pursuant to Rule 37(a)(3)(B)(iii) and (iv) of the Federal Rules of Civil Procedure, Defendant, STraffic America, LLC [hereinafter "STraffic"], moves to compel Plaintiff, Janice Spinner, to produce documents responsive to Defendant[s]' discovery requests, and to otherwise fully respond to those requests.[1] Counsel for both Defendant STraffic and Washington Metropolitan Area Transit Authority [hereinafter "WMATA"] have conferred with Plaintiff's counsel multiple times, but have been unable to resolve the dispute.

Although Plaintiff has finally responded to the Defendant[s]' Interrogatories, they have failed to respond to Defendant[s]' Demand for Production of Documents. Accordingly, Defendant, STraffic, respectfully request that this Court compel Plaintiff to provide full and

[1] Respectfully, the court should note that Plaintiff has also not responded to WMATA's Request for Production of Documents.

complete responses to Defendant[s]' discovery requests, or, in the alternative, impose sanctions on Plaintiff.

## BACKGROUND

Plaintiff filed this case on August 4, 2025 in the Superior Court of Washington, D.C. alleging injuries sustained from coming in contact with the transit gate system. On September 4, 2025, Defendant WMATA filed an unopposed Motion to Remove the Case to Federal District Court. Defendant, STraffic, On September 9, 2025, Defendant, STraffic, filed its Answer to the Complaint. On December 12, 2025, Defendant, STraffic, served its Requests for Production of Documents on Plaintiff. After months of no production being received, both Defense Counsel repeatedly reached out to Plaintiff's Counsel concerning the lack of production. Plaintiff repeatedly promised to have the production "by the end of the [respective] week." To date Plaintiff has provided no responses to the Request[s] for Production of Documents forcing Defendant to seek relief from this court.

## ARGUMENT

A party's failure to produce documents justifies the filing of a Motion to Compel a Discovery Response. Fed. R. Civ. P. 37(a)(3)(A), (B)(iv). Any such motion to compel "must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery." Fed. R. Civ. P. 37(a)(1). Disclosures, answers, or responses that are "evasive or incomplete . . . must be treated as a failure to disclose, answer, or respond." Fed. R. Civ. P. 37(a)(4). The federal rules, further, provide that the nondisclosing party "must . . . . pay the movant's reasonable expenses incurred in making the motion, including

attorney's fees," unless the movant failed to attempt in good faith to obtain the disclosures without court action, the nondisclosure was "substantially justified," or "other circumstances make the award of expenses unjust." Fed. R. Civ. P. 37(a)(5).

In the present case despite repeated promises to the contrary, Plaintiff has failed to produce any responses to Defendant[s]' Request for Production of Documents. It is uncontroverted that all of the evidence Defendant[s] seek is relevant to both the respective liability of each Defendant as well as to the extent of the Plaintiff's alleged injuries.

Wherefore, Defendant, STraffic, respectfully requests this Honorable Court Order Plaintiff to fully and completely Answer Defendant[s] Request for Production of Documents within fifteen days or receive sanctions upon further application to the court.

Respectfully submitted,

**MARKS, O'NEILL, O'BRIEN,**
**DOHERTY & KELLY, P.C.**

*/s/ George B. Keahey*____ _____
George B. Keahey, Esq.
Bar No.: MD0234
gkeahey@moodklaw.com
600 Baltimore Avenue, Suite 305
Towson, MD 21204
(410) 339-6880 Office
(410) 339-6881 Fax
*Attorneys for Defendant,*
*Straffic America, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May, 2026 the forgoing was electronically filed and served on all counsel of record.

*/s/ George B. Keahey*___________
George B. Keahey, Esq.
Bar No.: MD0234